IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and On behalf of all others similarly situated | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-02-049 |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A AND A/K/A NORWEST MORTGAGE, INC. | § § § § | |
| Defendant. | § | |

### CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the March 14, 2002, Order of the Court, received by Plaintiffs on March 25, 2002, Plaintiffs hereby list all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as such are known to Plaintiffs or their counsel as of this date:

Plaintiff Arnoldo Alvear

Plaintiff Jennifer Alvear

Absent Class Members

Defendant Wells Fargo Home Mortgage, Inc.

F/K/A and A/K/A Norwest Mortgage, Inc.

In addition to the parties, counsel for plaintiffs and counsel for defendant may be considered financially interested and are therefore disclosed by firm:

Law Office of Stephen Gardner, P.C.

Law Offices of John Ventura, P.C.

Locke Liddell & Sapp LLP

Rodriguez, Colvin & Chaney, LLP

DATED: March 28, 2002

        RESPECTFULLY SUBMITTED,

        John Ventura.
        Texas Bar No. 20545700
        Conrad Bodden
        Federal ID No. 21003
        Texas Bar No. 00796220
        Law Offices of John Ventura, PC
        62 East Price Road
        Brownsville, Texas 78521
        Telephone:   956-546-9398
        Telecopier:   956-542-1478
        Counsel for Plaintiffs and the Class

By: _____
        John Ventura
        Counsel for Plaintiffs and the Class

        Stephen Gardner
        Texas Bar No. 07660600
        Law Office of Stephen Gardner, PC
        1845 Woodall Rodgers Freeway, Suite 1750
        Dallas, Texas 75201
        Telephone:   214-954-0663
        Telecopier:   214-871-8957
        Counsel for Plaintiffs and the Class

## Certificate of Service

    I certify that a true and correct copy of this document was served on all counsel of record, in compliance, with Rule 5 of the Federal Rules of Civil Procedure, on March 28, 2002.

By: _____
John Ventura
Counsel for Plaintiffs and the Class