IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § § § | |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A AND A/K/A NORWEST MORTGAGE, INC., | § § § § | |
| Defendant. | § | |

### LIST OF FINANCIALLY INTERESTED PERSONS

Pursuant to the Court's Order Setting Conference, Defendant Wells Fargo Home Mortgage, Inc. files the following List of Financially Interested Persons:

1. Arnoldo Alvear, Plaintiff

2. Jennifer Alvear, Plaintiff

3. Wells Fargo Home Mortgage, Inc., f/k/a and a/k/a Norwest Mortgage, Inc., Defendant

4. <u>Wells Fargo & Company</u>, Corporate Parent of Defendant and Related Wells Fargo Entities

5. Undetermined Members of the Putative Class

6. Law Offices of Stephen Gardner, PC, Counsel for Plaintiffs

7. Law Offices of John Ventura, P.C., Counsel for Plaintiffs

8. Locke Liddell & Sapp LLP, Counsel for Defendant

9. Rodriguez, Colvin & Chaney, LLP, Counsel for Defendant

Respectfully submitted,

_____
Robert T. Mowrey (Attorney-in-charge)
  Texas Bar No. 14607500
  S.D. Bar No. 9529
Thomas G. Yoxall
  Texas Bar No. 00785304
  S.D. Bar No. 16664
C. Don Clayton
  Texas Bar No. 24027932
  S.D. Bar No. 29669
**LOCKE LIDDELL & SAPP, LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**Of Counsel:**

Norton A. Colvin, Jr.
  Texas Bar No. 04632100
  S.D. Bar No. 1941
Lecia L. Chaney
  Texas Bar No. 00785757
  S.D. Bar No. 16499
**RODRIGUEZ, COLVIN & CHANEY, LLP**
1201 East Van Buren
P. O. Box 2155
Brownsville, TX 78520
(956) 542-7441
(956) 541-2170 (facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served by certified mail to the following counsel of record on this the 2d day of April, 2002:

Stephen Gardner
Law Offices of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
(214) 954-0663
(214) 871-8957 Telecopier

John Ventura
Conrad Bodden
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
(956) 546-9398
(956) 542-1478 Telecopier

_____