5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § § | JURY DEMANDED |
| Defendant. | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR PERMISSION TO ATTEND IN PLACE OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

ARNOLDO ALVEAR and JENNIFER ALVEAR, individually and on behalf of all others similarly situated, Plaintiffs, request permission for the Court to allow Conrad Bodden of the Law Offices of John Ventura, P.C., to attend the Initial Pre-Trial Conference scheduled for Monday, July 15, 2002 at 2:30 p.m. in the place of Attorney-in-Charge Stephen Gardner of the Law Offices of Stephen Gardner, P.C. Mr. Bodden is familiar with the case, will have authority to bind the client, and will be in charge for this appearance.

This motion is not for purposes of delay, but so that justice may be served.

Signed: __June 21, 2002__

                                                    Respectfully submitted,

Stephen Gardner
State Bar # 07660600
Fed. ID # 16111
Law Office of Stephen Gardner, P.C.
1845 Woodwall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone: 214/954-0663
Telecopier: 214/871-8957
Counsel for Plaintiffs and the Class


By:  _____
      Stephen Gardner,
      Counsel for Plaintiffs and the Class

John Ventura
State Bar # 20545700
Fed. ID # 1646
Conrad Bodden
State Bar # 00796220
Fed. ID # 21003
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
Telephone:   956/546-9398
Telecopier:   956/542-1478
Counsel for Plaintiffs and the Class

## CERTIFICATE OF CONFERENCE

I certify that on __June 21__, 2002, my Co-counsel, Conrad Bodden, conferred with C. Don Clayton of Locke Liddell & Sapp, L.L.P., and he does not oppose this Motion for Permission to Attend in Place of Attorney-In-Charge.

_____
Stephen Gardner

## CERTIFICATE OF SERVICE

     A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this 21 day of June, 2002.

| | |
|---|---|
| Robert T. Mowrey (Attorney-in-charge) | Norton A. Colvin, Jr. |
| Tomas G. Yoxall | Lecia L. Chaney |
| C. Don Clayton | Rodriguez, Colvin & Chaney, L.L.P. |
| Locke Liddell & Sapp, L.L.P. | 1201 East Van Buren |
| 2200 Ross Avenue, Suite 2200 | P. O. Box 2155 |
| Dallas, Texas 75201-6776 | Brownsville, Texas 78520 |
| (214) 740-8000 | (956) 542-7441 |
| (214) 740-8800 (facsimile) | (956) 541-2170 (facsimile) |

                                                Stephen Gardner