IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § § | JURY DEMANDED |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
## FOR PERMISSION TO ATTEND IN PLACE OF ATTORNEY-IN-CHARGE

After considering Plaintiffs' Unopposed Motion for Permission to Attend in Place of Attorney-In-charge, the Court GRANTS the Motion.

SIGNED on _____, 2002

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

LAW OFFICE OF STEPHEN GARDNER, P.C.

By: _____
Stephen Gardner
State Bar # 07660600
Fed. I.D. # 16111
1845 Woodwall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone: 214/954-0663
Telecopier: 214/871-8957

Attorney-in-Charge for Plaintiffs and the Class

**CO-COUNSEL:**

John Ventura
State Bar # 20545700
Fed. ID # 1646
Conrad Bodden
State Bar # 00796220
Fed. ID # 21003
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
Telephone: 956/546-9398
Telecopier: 956/542-1478

Counsel for Plaintiffs and the Class