## Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | **United States District Court**<br>**Southern District of Texas**<br>**FILED**<br>**JUL 15 2002**<br>Michael N. Milby<br>Clerk of Court |
| CASE MANAGER | Stella Cavazos | |
| LAW CLERK | ■ Roberts    ☐ Lehrman | |
| DATE | 07 — 15 — 02 | |
| TIME | a.m. — a.m.<br>1:35 p.m. — 1:45 p.m. | |
| CIVIL ACTION | B — 02 — 049 | |
| STYLE | Arnoldo Alvear and Jennifer Alvear, et al.<br>*versus*<br>Wells Fargo Home Mortgage, et al. | |

DOCKET ENTRY

(HGT)  ■ Initial Pre-Trial Conference;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Conrad Bodden

Attorney(s) for Defendant(s):   Robert T. Mowrey and Lisha Cheney

■    Initial Pre-Trial Conference Held: Comments:

The Judge noted the Parties had consented to trial before Magistrate Judge Black. She asked whether they would consent to trial before Magistrate Judge Recio instead. The Parties consented. The Judge then asked the parties whether they consented to all phases of trial, including class certification, being handled by Magistrate Judge Recio. The Parties consented to all phases being handled by Magistrate Judge Recio. The Judge then stated she would order this case referred to Magistrate Judge Recio.