IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARNOLDO ALVEAR and JENNIFER ALVEAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-02-49<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on July 15, 2002, the Court **REFERRED** the case to Magistrate Judge Felix Recio for all further proceedings, including final judgment, pursuant to the Parties' verbal consent to proceed before Magistrate Judge Recio at the initial pretrial conference held on July 15, 2002.

DONE this 15th day of July, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge