*10*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS DIVISION**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARNOLDO ALVEAR, ET AL | * |
| | * |
| vs | * CIVIL ACTION NO. B-02-049 |
| | (636(c)) |
| WELLS FARGO HOME MORTGAGE, INC. | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**SCHEDULING CONFERENCE**

**August 5, 2002, @ 2:00 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:   U.S. FEDERAL BLDG & COURTHOUSE
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

---

                                        **BY ORDER OF THE COURT**

July 18, 2002

cc:     ALL COUNSEL