IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § § | JURY DEMANDED |
| Defendant. | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs Arnold and Jennifer Alvear, and file this their Unopposed Motion for Continuance, and as cause would show the Court as follows:

1. Plaintiffs filed suit against Wells Fargo Home Mortgage in state court in Brownsville, Texas on February 6, 2002. Defendant, Wells Fargo Home Mortgage removed the case to federal court on or about March 13, 2002.

2. Defendant does not oppose the continuance of the Scheduling Conference presently set for August 5, 2002 at 2:00 p.m. to August 13, 2002 at 11:00 a.m.

WHEREFORE, the parties request that the Court enter an order granting the continuance of the Scheduling Conference to August 13, 2002 at 11:00 a.m.

Dated: July 26, 2002

                    Respectfully submitted,

                    Stephen Gardner
                    State Bar # 07660600
                    Fed. ID # 16111
                    Law Office of Stephen Gardner, P.C.
                    1845 Woodwall Rodgers Freeway, Suite 1750
                    Dallas, Texas 75201
                    Telephone: 214/954-0663
                    Telecopier: 214/871-8957
                    Counsel for Plaintiffs and the Class

By: _____
                    Stephen Gardner,
                    Counsel for Plaintiffs and the Class

                    John Ventura
                    State Bar # 20545700
                    Fed. ID # 1646
                    Conrad Bodden
                    State Bar # 00796220
                    Fed. ID # 21003
                    Law Offices of John Ventura, P.C.
                    62 E. Price Road
                    Brownsville, Texas 78521
                    Telephone:   956/546-9398
                    Telecopier:   956/542-1478
                    Counsel for Plaintiffs and the Class

## CERTIFICATE OF CONFERENCE

I certify that on July 25, 2002, my Co-counsel, Conrad Bodden, conferred with C. Don Clayton of Locke Liddell & Sapp, L.L.P., and he does not oppose this Unopposed Motion for Continuance of the Scheduling Conference.

                    _____
                    Stephen Gardner

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this 26 day of July, 2002.

Robert T. Mowrey (Attorney-in-charge)
Tomas G. Yoxall
C. Don Clayton
Locke Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

Norton A. Colvin, Jr.
Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 (facsimile)

_____
Stephen Gardner