IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | (636(c)) |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § § | JURY DEMANDED |
| Defendant. | § § | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER CONTINUING SCHEDULING CONFERENCE

ON THIS DAY came on to be considered the Unopposed Motion for Continuance of Scheduling Conference filed by Plaintiffs Arnold and Jennifer Alvear, and after due consideration, it is hereby

ORDERED:

That the Scheduling conference is hereby continued and is re-set to August 13, 2002 at 11:00 a.m. at the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED on _____August 1_____, 2002

_____
UNITED STATES MAGISTRATE JUDGE