Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

AUG 1 3 2002

Michael N. Milby
Clerk of Court

Law Clerk:    Ryan A Byrd

Date:         Aug 13, 2002, 11 am
-----------------------------------------------------------------
                    C. A. NO. B-02-049 (636(c))
-----------------------------------------------------------------

| ARNOLDO ALVEAR | * | John Ventura & Stephen Gardner |
| And JENNIFER ALVEAR, | * | " |
| Individually & on behalf of all | * | |
| others similarly situated | * | |
| | | |
| Vs | * | |
| | | |
| WELLS FARGO HOME MORTGAGE, INC., | * | Robert T Mowrey, Thomas G Yoxal, |
| F/K/A and A/K/A NORWEST MORTGAGE, INC. | * | C Don Clayton & Norton A Colvin |

-----------------------------------------------------------------

### SCHEDULING CONFERENCE

Attorneys Ventura, Gardner, Mowrey and Colvin appeared.

The parties submitted a 636(c) consent.

The parties agreed to docket dates regarding class certification. A bifurcated scheduling order will be issued.