(15)

================================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
================================================================

ARNOLD ALVEAR, ET AL      *

       VS      *   C.A. NO. B-02-049

WELLS FARGO HOME MORTGAGE, INC.    *
F/K/A and A/K/A NORWEST MORTGAGE,
INC.      *

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _m.Venturi_ | Arnold Alvear, Et Al | 8-13-2002 |
| Rod Mowrey | Wells Fargo | 13 Aug 02 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

8/14/08
Date

United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**