IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § | |
| Defendant. | § | JURY DEMANDED |

## SECOND JOINT MOTION TO ENLARGE TIME ON BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Comes Now,** Arnoldo Alvear and Jennifer Alvear, Plaintiffs herein, and Wells Fargo Home Mortgage, Inc., F/K/A and A/K/A Norwest Mortgage, Inc., by their undersigned counsel, bring this Second Joint Motion to Enlarge Time on Bifurcated Rule 16, F.R.C.P. Scheduling Order and in support of same would show the following:

### A. INTRODUCTION

1. Plaintiffs are Arnoldo Alvear and Jennifer Alvear. Defendant is Wells Fargo Mortgage, Inc., f/k/a and a/k/a Norwest Mortgage Inc..

2. Plaintiffs sued Defendant for damages, restitution, costs and attorneys fees for violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* ("RESPA") and the Texas Deceptive Trade Practices Act, TEX. BUS. & COM. CODE § 17.41 *et seq.* ("DTPA").

3. On October 16, 2002, this Court entered an unopposed scheduling order setting deadlines for the disposition of this case. Of significance is Plaintiffs current deadline to file their motion for class certification due by December 20, 2002.

4. Plaintiffs and Defendant do not seek this enlargement of time to cause delay but so that justice may be done.

### B. ARGUMENT

5. The Court may grant a request for extension of time for "cause shown." Fed. R. Civ. P. 6(b).

6. Plaintiffs and Defendant request additional time since the current scheduling order does not provide for sufficient time to complete discovery and file the Motion for Class Certification and corresponding responses.

7. Plaintiffs and Defendant ask this Court to extend the current deadlines to the following dates:

   | 1. | 4/21/03 | DEADLINE FOR CLASS CERTIFICATION DISCOVERY |
   |---|---|---|
   | 2. | 4/7/03 | MOTIONS FOR EXTENSION OF TIME |
   | 3. | 1/21/03 | MOTION FOR CLASS CERTIFICATION |
   | 4. | 1/21/03 | PLAINTIFFS' EXPERT DESIGNATIONS |
   | 5. | 3/10/03 | DEFENDANT'S RESPONSE TO THE MOTION FOR CLASS CERTIFICATION |
   | 6. | 3/10/03 | DEFENDANT'S EXPERT DESIGNATIONS |
   | 7. | 4/21/03 | PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR CLASS CERTIFICATION |
   | 8. | 4/28/03 | HEARING ON MOTION FOR CLASS CERTIFICATION |

8. Plaintiffs and Defendant request additional time for cause shown, as stated in this joint motion, not to delay these proceedings.

### C. CONCLUSION

For these reasons, Plaintiffs and Defendant ask the Court to extend the current deadlines on the Scheduling Order entered by this Court on October 16, 2002. The Parties are in agreement that the deadlines be extended as indicated above.

WHEREFORE, PREMISES CONSIDERED, the Parties, pray that this Court enter an Order Granting the Second Joint Motion to Enlarge Time on Bifurcated Rule 16, F.R.C.P. Scheduling Order, and for such other and further relief as this Court deems proper.

Dated: December 19, 2002

        Respectfully Submitted,

        _/s/ Stephen Gardner_
        Stephen Gardner
        Federal Id No. 16111
        Texas Bar No. 07660600
        **Law Office of Stephen Gardner, PC**
        1845 Woodall Rodgers Freeway, Ste. 1750
        Dallas, Texas 75201
        Telephone:   (214) 954-0663
        Telecopier:   (214) 871-8957
        **Counsel for Plaintiffs and the Class**

        John Ventura
        Federal Id No. 1646
        Texas State Bar No. 20545700
        Conrad Bodden
        Federal Id No. 21003
        Texas Bar No. 00796220
        **Law Offices of John Ventura, PC**
        62 E. Price Road
        Brownsville, Texas 78521
        Telephone:   (956) 546-9398
        Telecopier:   (956) 542-1478
        **Counsel for Plaintiffs and the Class**

_(signature)_
Robert T. Mowrey
Federal Id No. 9529
Texas Bar No. 14607500
Thomas G. Yoxall
Federal Id No. 16664
Texas Bar No. 00785304
C. Don Clayton
Federal Id No. 29669
Texas Bar No. 24027932
**Locke Liddell & Sapp, LLP**
2200 Ross Avenue, Ste. 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800
**Counsel for Defendant**

**Of Counsel:**
Norton A. Colvin Jr.
Federal Id No. 1941
Texas Bar No. 04632100
Lecia Chaney
Federal Id No. 16499
Texas Bar No. 00785757
**Rodriguez, Colvin & Chaney, LLP**
1201 E. Van Buren
Brownsville Texas 78520
Telephone: (956) 542-7441
Telecopier: (956) 541-2170
**Counsel for Defendant**

### CERTIFICATE OF CONFERENCE

This certificate of conference confirms that Plaintiff's counsel, Stephen Gardner, conferred with Robert Mowrey, counsel for Defendant, who advised that the parties are in agreement to filing the foregoing Joint Motion to Enlarge Time.

_(signature)_
Stephen Gardner

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this December 19, 2002.

**Via Facsimile and
Certified Mail, Return Receipt Requested**

Via Facsimile (214) 740-8800
Certified Return Receipt Requested:
Robert T. Mowrey
LOCKE, LIDDELL & SAPP, LLP
2200 Ross Ave., Ste. 2200
Dallas Texas 75201-6776

Via Facsimile (956) 541-2170
Certified Return Receipt Requested:
Norton A. Colvin Jr.
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville Texas 78520

Stephen Gardner