United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | (636(c)) |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § § | |
| Defendant. | § | JURY DEMANDED |

**PROPOSED ORDER ON SECOND JOINT MOTION FOR ENLARGEMENT
OF TIME OF BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER**

After considering the Second Joint Motion for Enlargement of Time of Bifurcated Rule 16, F.R.C.P. Scheduling Order, the Court GRANTS the request to enlarge time and ORDERS the following deadlines:

1. 4/21/03   Deadline for Class Certification Discovery
2. 4/7/03    Motions for Extension of Time
3. 1/21/03   Motion for Class Certification
4. 1/21/03   Plaintiffs' Expert Designations
5. 3/10/03   Defendant's Response to Motion for Class Certification
6. 3/10/03   Defendant's Expert Designations
7. 4/21/03   Plaintiff's Reply to Defendant's Response to Motion for Class Certification
8. 4/28/03   Hearing on Motion for Class Certification
   9:00 a.m.

Signed: /-02-03

_____
UNITED STATES MAGISTRATE JUDGE