LAW OFFICES OF
# STEPHEN GARDNER

January 22, 2003

Michael N. Milby
United States District Clerk
600 E. Harrison Street, Rm # 1217
Brownsville, Texas 78520

      Re:    Arnoldo Alvear and Jennifer Alvear, individually and on behalf of all others similarly situated, v. Wells Fargo Home Mortgage; Cause No. B-02-049

To the Clerk:

For purposes of scheduling and other matters, please be advised that I will be on family vacations from March 8-15 and June 14-28, 2003.

Counsel for the parties have been served by copy of this letter.

Thank you for your courtesies.

Sincerely,

Stephen Gardner

SG/als
Cc:    Conrad Bowden
        John Ventura
        Robert T. Mowrey
        Norton Colvin, Jr.
        Arnoldo Alvear