

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARNOLDO ALVEAR AND JENNIFER ALVEAR, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-049 |
| vs. | § § | (636(c)) |
| WELLS FARGO HOME MORTGAGE, INC., F/K/A and A/K/A NORWEST MORTGAGE, INC., | § § § § | |
| Defendant. | § | JURY DEMANDED |

## ORDER ON THIRD JOINT MOTION FOR ENLARGEMENT OF TIME OF BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER

After considering the Third Joint Motion for Enlargement of Time of Bifurcated Rule 16, F.R.C.P. Scheduling Order, the Court GRANTS the request to enlarge time and ORDERS the following deadlines:

1. 5/21/03    Deadline for Class Certification Discovery
2. 5/7/03    Motions for Extension of Time
3. 3/21/03    Motion for Class Certification
4. 3/21/03    Plaintiffs' Expert Designations
5. 4/10/03    Defendant's Response to Motion for Class Certification
6. 4/10/03    Defendant's Expert Designations
7. 5/21/03    Plaintiff's Reply to Defendant's Response to Motion for Class Certification
8. 7/9/03 1:30 p.m.    Hearing on Motion for Class Certification

Signed: February 4, 2003

UNITED STATES MAGISTRATE JUDGE