

United States District Court
Southern District of Texas
FILED

MAR 2 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Arnoldo Alvear** and **Jennifer Alvear**, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. B-02-049 |
| Wells Fargo Home Mortgage, Inc., f/k/a and a/k/a Norwest Mortgage, Inc., | § § § § | JURY DEMANDED |
| Defendant. | § § | |

## RENEWED JOINT MOTION TO ENLARGE TIME ON BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER

**TO THE HONORABLE JUDGE:**

Arnoldo Alvear and Jennifer Alvear, Plaintiffs, and Wells Fargo Home Mortgage, Inc., f/k/a and a/k/a Norwest Mortgage, Inc., Defendant, by their undersigned counsel, make this Renewed Joint Motion to Enlarge Time on Bifurcated Rule 16, F.R.C.P. Scheduling Order and show the following:

1.   Plaintiffs sued Defendant for damages, restitution, costs and attorneys fees for violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* ("RESPA") and the Texas Deceptive Trade Practices Act, TEX. BUS. & COM. CODE § 17.41 *et seq.* ("DTPA").

2.   On January 2, 2003, the Court entered a scheduling order setting deadlines for the disposition of this case. The Court extended the deadlines, at the parties' request, by subsequent order on February 4, 2003. The next date is Plaintiffs' deadline to file their motion for class certification, currently due March 21, 2003.

**RENEWED JOINT MOTION TO ENLARGE TIME ON BIFURCATED RULE 16,
F.R.C.P. SCHEDULING ORDER, page 1**

3. The Court may grant a request for extension of time for "cause shown." Fed. R. Civ. P. 6(b). The parties do not seek this enlargement of time to cause delay but so that justice may be done.

4. The parties are in the final stages of discussing settlement. While settlement is not certain, a decision one way or the other is likely within the next week to 10 days. In order to allow the parties to conclude their settlement discussions before additional substantive work relating to class certification, the parties propose short extensions of deadlines relating to class certification, except the date of the hearing, which the parties do not propose to change.

5. The parties ask the Court to extend the current deadlines to the following dates:

| | | |
|---|---|---|
| i. | June 4, 2003 | Deadline for Class Certification Discovery |
| ii. | May 21, 2003 | Motions for Extension of Time |
| iii. | April 4, 2003 | Motion for Class Certification |
| iv. | April 4, 2003 | Plaintiffs' Expert Designations |
| v. | May 2, 2003 | Defendant's Response to the Motion for Class Certification |
| vi. | May 2, 2003 | Defendant's Expert Designations |
| vii. | June 4, 2003 | Plaintiffs' Reply to Defendant's Response to Motion for Class Certification |

**PRAYER**

For these reasons, Plaintiffs and Defendant pray that the Court enter an order granting this Motion.

Dated March 20, 2003

**RENEWED JOINT MOTION TO ENLARGE TIME ON BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER, page 2**

Respectfully submitted,

John Ventura
Federal ID No. 1646
Texas State Bar Number 20545700
Conrad Bodden
Texas State Bar Number 00796220
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville Texas 78521
Telephone:   956/546-9398
Telecopier:   956/542-1478
Counsel for Plaintiffs and the Class

Stephen Gardner
Federal ID No. 16111
Texas State Bar Number 07660600
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone:   214/954-0663
Telecopier:   214/871-8957
Counsel for Plaintiffs and the Class

by: [signature]

Stephen Gardner,
Counsel for Plaintiffs and the Class

Of Counsel:
Norton A. Colvin Jr.
Federal ID No. 1941
Texas Bar No. 04632100
Lecia Chaney
Federal ID No. 16499
Texas Bar No. 00785757
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
Brownsville Texas 78520
Telephone: (956) 542-7441
Telecopier: (956) 541-2170
Counsel for Defendant

Robert T. Mowrey
Federal ID No. 9529
Texas Bar No.14607500
Thomas G. Yoxall
Federal ID No. 16664
Texas Bar No.00785304
C. Don Clayton
Federal ID No. 29669
Texas Bar No.24027932
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Ste. 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800
Counsel for Defendant

by:

[signature]
Robert T. Mowrey,
Counsel for Defendant

**RENEWED JOINT MOTION TO ENLARGE TIME ON BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER, page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Arnoldo Alvear** and **Jennifer Alvear**, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. B-02-049 |
| **Wells Fargo Home Mortgage, Inc.**, f/k/a and a/k/a Norwest Mortgage, Inc., | § § § | JURY DEMANDED |
| Defendant. | § § | |

## ORDER APPROVING ENLARGEMENT OF TIME OF BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER

After considering the Renewed Joint Motion for Enlargement of Time of Bifurcated Rule 16, F.R.C.P. Scheduling Order, the Court ORDERS the following deadlines:

| | | |
|---|---|---|
| i. | June 4, 2003 | Deadline for Class Certification Discovery |
| ii. | May 21, 2003 | Motions for Extension of Time |
| iii. | April 4, 2003 | Motion for Class Certification |
| iv. | April 4, 2003 | Plaintiffs' Expert Designations |
| v. | May 2, 2003 | Defendant's Response to the Motion for Class Certification |
| vi. | May 2, 2003 | Defendant's Expert Designations |
| vii. | June 4, 2003 | Plaintiffs' Reply to Defendant's Response to Motion for Class Certification |

The July 9, 2003 setting the Hearing on Motion for Class Certification remains unchanged.

SIGNED March ____, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER, page 1