IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk 

| | |
|---|---|
| **Arnoldo Alvear** and **Jennifer Alvear**, Individually and on behalf of all others similarly situated, § § § § Plaintiffs, § § vs. § § **Wells Fargo Home Mortgage, Inc.**, f/k/a and a/k/a Norwest Mortgage, Inc., § § § Defendant. § | CIVIL ACTION NO. B-02-049 (636(c)) JURY DEMANDED |

**ORDER APPROVING ENLARGEMENT OF TIME OF
BIFURCATED RULE 16, F.R.C.P. SCHEDULING ORDER**

After considering the Renewed Joint Motion for Enlargement of Time of Bifurcated Rule 16, F.R.C.P. Scheduling Order, the Court ORDERS the following deadlines:

| | | |
|---|---|---|
| i. | June 4, 2003 | Deadline for Class Certification Discovery |
| ii. | May 21, 2003 | Motions for Extension of Time |
| iii. | April 4, 2003 | Motion for Class Certification |
| iv. | April 4, 2003 | Plaintiffs' Expert Designations |
| v. | May 2, 2003 | Defendant's Response to the Motion for Class Certification |
| vi. | May 2, 2003 | Defendant's Expert Designations |
| vii. | June 4, 2003 | Plaintiffs' Reply to Defendant's Response to Motion for Class Certification |

The July 9, 2003 setting the Hearing on Motion for Class Certification remains unchanged.

SIGNED March 24th, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER, page 1