IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Arnoldo Alvear** and **Jennifer Alvear**, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-02-049 |
| **Wells Fargo Home Mortgage, Inc., f/k/a and a/k/a Norwest Mortgage, Inc.,** | § § § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS

**To the Honorable Judge of the Court:**

The parties jointly move for dismissal of all claims in this matter, and show as follows:

1.  Arnoldo Alvear and Jennifer Alvear are plaintiffs. Wells Fargo Home Mortgage, Inc., f/k/a and a/k/a Norwest Mortgage, Inc., is the defendant.

2.  Although this case was filed as a class action, plaintiffs and her counsel have decided not to proceed as a class action.

3.  The parties have settled all matters in dispute between them by a Settlement Agreement that has no effect on the claims of putative class members,

4.  Accordingly, the parties wish to dismiss this case with prejudice.

## Prayer

Therefore, the parties jointly move to dismiss all claims in this matter with prejudice.

Respectfully submitted,

John Ventura
Federal ID No. 1646
Texas State Bar Number 20545700
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville Texas 78521
Telephone:   956/546-9398
Telecopier:   956/542-1478
Counsel for Plaintiffs and the Class

Stephen Gardner
Federal ID No. 16111
Texas State Bar Number 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
Telephone:   214/800-2830
Telecopier:   214/800-2834
Counsel for Plaintiffs and the Class
by:

_____
Stephen Gardner
Counsel for Plaintiffs and the Class

and

_____
Robert T. Mowrey (Attorney-in-charge)
  Texas Bar No. 14607500
Thomas G. Yoxall
  Texas Bar No. 00785304
C. Don Clayton
  Texas Bar No. 24027932
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:   214/740-8000
Telecopier:   214/740-8800
Counsel for Defendant

**JOINT MOTION TO DISMISS**, page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Arnoldo Alvear** and **Jennifer Alvear**, Individually and on behalf of all others similarly situated, § § § § | | |
| Plaintiffs, § | | |
| vs. § | CIVIL ACTION NO. B-02-049 | |
| **Wells Fargo Home Mortgage, Inc.,** f/k/a and a/k/a Norwest Mortgage, Inc., § § § § | | |
| Defendant. § | | |

### ORDER OF DISMISSAL

The parties have jointly moved for dismissal of the claims and counterclaims in this matter. Having considered that motion, the Court FINDS that (1) the resolution of this matter has no effect on claims of absent putative class members so that no notice to those persons is required, (2) dismissal is appropriate under Rule 23(e), and (3) the motion to dismiss should be granted. It is therefore ORDERED that this case be, and hereby is, DISMISSED WITH PREJUDICE.

Signed April _____, 2002.

Felix Recio
United States Magistrate Judge

Agreed:

_____
Stephen Gardner
Attorney for Plaintiff

_____
Robert T. Mowrey
Attorney for Defendant

ORDER OF DISMISSAL, page 1