IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Arnoldo Alvear** and **Jennifer Alvear**, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-02-049 (636(c)) |
| **Wells Fargo Home Mortgage, Inc.**, f/k/a and a/k/a Norwest Mortgage, Inc., | § § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL

The parties have jointly moved for dismissal of the claims and counterclaims in this matter. Having considered that motion, the Court FINDS that (1) the resolution of this matter has no effect on claims of absent putative class members so that no notice to those persons is required, (2) dismissal is appropriate under Rule 23(e), and (3) the motion to dismiss should be granted. It is therefore ORDERED that this case be, and hereby is, DISMISSED WITH PREJUDICE.

Signed ~~April~~ May 5th, 2002.

_____
Felix Recio
United States Magistrate Judge

Agreed:

_____
Stephen Gardner
Attorney for Plaintiff

_____
Robert T. Mowrey
Attorney for Defendant by Stephen Gardner, with permission

ORDER OF DISMISSAL, page 1